UNITED STATES of America,
Plaintiff–Appellee

v.

Gentrick James SEMIEN, also known as Gent, Defendant–Appellant.

No. 08–30274
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2010.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, Richard Allan Willis, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, Todd S. Clem-

---

ons, Lake Charles, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gentrick James Semien, federal prisoner # 10150–035, has moved for leave to withdraw in Semien's appeal of the district court's order denying 18 U.S.C. § 3582(c)(2) relief and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Semien has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.